LULA DRAKE, as Administratrix, etc., of WHITFIELD DRAKE, JR., Deceased,

Respondent, v. ERIE RAILROAD COMPANY, Appellant, and Another, Defendant.— Judgment, in so far as appealed from, reversed on the law, with costs, and the complaint against the Erie Railroad Company dismissed, with costs, on the ground that the deceased was guilty of contributory negligence as matter of law. All concur.